# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☒ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF: U.S. vs Kenier Antonio Sierra-Gallego

FOR: AUG 19 2008 / MAGISTRATE JUDGE GERALDINE SOAT BROWN / UNITED STATES DISTRICT COURT

LOCATION NUMBER: —

PERSON REPRESENTED (Show your full name): Kenier Antonio Sierra-Gallego

- 1 ☒ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 08CR663
District Court:
Court of Appeals:

CHARGE/OFFENSE: Conspiracy to Poss. Controll. Substance — ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☐ No ☒ Am Self Employed — Painter, Carpenter part time
- Name and address of employer: —
- IF YES, how much do you earn per month? $ 1700 – 2000/mo
- IF NO, give month and year of last employment / How much did you earn per month? $ —
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ —
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ —

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: None other than above income

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No — IF YES, state total amount $ 700

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: None

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED ☐ SINGLE ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them: [illegible]

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Rent | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Rent | | $ | $ 825 |
| Food | | $ | $ 300 |
| Credit card | | $ 500 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8/19/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature]