# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 663 | **DATE** | 8/25/2008 |
| **CASE TITLE** | USA vs. Kenier Sierra | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 09/03/08 at 2:00 p.m. Status hearing on preliminary examination hearing held and continued to 09/03/08 at 2:00 p.m. Irving Miller is given leave to appear as counsel for the defendant. Marilyn A. Miller is given leave to withdraw her appearance on behalf of the defendant.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|