## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 663 | **DATE** | 9/3/2008 |
| **CASE TITLE** | USA vs. Kenier Sierra | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Irving B. Miller is given leave to withdraw as counsel for defendant. Robert Novelle is given leave to file his appearance on behalf of defendant. Defendant's counsel waives the appearance of the defendant for this proceeding. Defendant has been transported to another prison for medical treatment. Government moves for pretrial detention. Defendant does not contest the government's motion for pretrial detention at this time. This is without prejudice to defendant's right to move at a later time for pretrial release on conditions. Government's oral motion for pretrial detention is granted. Defendant shall remain in custody pending trial or until further order of the Court. Status hearing held and continued to 09/05/08 at 2:30 p.m. For the reasons stated on the record, defendant waives the time period for the preliminary examination hearing and agrees to a status on the scheduling of the preliminary examination hearing on 09/05/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|